393 A.2d 1277

Commonwealth v. Hetzel, Appellant.

Argued April 10, 1978. Charles M. Schwartz, for appellant; R. Dobkin, with him Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.